C. EDWARD MYERS COMPANY, RESPONDENT, v. THE
TOWN OF BOONTON, APPELLANT.

Submitted June 6, 1924—Decided October 20, 1924.

On appeal from the Supreme Court.

For the appellant, *S. C. Garrison.*

For the respondent, *Philip Goodell.*

PER CURIAM.

Neither after consideration of the facts, nor of the law involved in this case, are we disposed to disturb the judgment appealed from; for, as was sagely remarked by Lord Coke, "*ubi eadem ratio ibi idem jus.*" *Co. Litt.* 10a; *Ippollito* v. *Ridgefield,* 94 *N. J. L.* 97; *Headley* v. *Cavelier,* 82 *N. J. L.* 637; *Jersey City Supply Co.* v. *Jersey City,* 71 *Id.* 631; *Ocean City* v. *Shriver,* 64 *Id.* 550.

The judgment will therefore be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 16

*For reversal*—None.